JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN-MICHAEL FINHOLT, in his individual and representative capacity,<br><br>                      Plaintiff,<br><br>    v.<br><br>TASKRABBIT, INC., IKEA DISTRIBUTION SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 2:18-cv-7294 RGK (KSx)<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO REMAND MATTER TO SUPERIOR COURT**<br><br>Judge:      Hon. R. Gary Klausner<br>Courtroom:  850 |

1    The Court has considered the parties' Stipulation to Remand Matter to
2    Superior Court.

3

4    For good cause shown, the Court orders that this action be remanded to the
5    Superior Court of California, County of Los Angeles.

6

7    The Court further orders that neither party shall make an interlocutory
8    request for fees or costs with respect to the removal of this matter or subsequent
9    remand pursuant to the parties' stipulation and this Order, but nothing in this Order
10   shall limit a party's ability to seek such fees or costs in the event of a settlement or
11   judgment.

12

13   IT IS SO ORDERED.
14

15

16

17   DATED:  September 26, 2018    By:_____
18                                      Hon. R. Gary Klausner
19                                      United States District Judge

20

21

22

23

24

25

26

27

28

1304316.v1